# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ENERGY TRANSFER, | : | No. 655 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| ERIC FRIEDMAN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, | : | No. 656 MAL 2020 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| ERIC FRIEDMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

Does the Office of Open records have the authority to order the release of a record in Public Utility Commission's possession when the OOR determines that record does not contain Confidential Security Information as defined in the Confidential Security Information Act, 35 P.S. § 2141.3 et seq.?

The Application for Leave to File Brief of *Amici Curiae* by State Senators Katie J. Muth and Timothy P. Kearney is **GRANTED**.